UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re:<br><br>MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC,<br>　　　　　　Debtor, | Chapter 7<br><br>Case No.: 08-20597 (ASD) |
| THOMAS BOSCARINO, TRUSTEE<br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>VALUE HEALTH CARE SERVICES, LLC,<br>　　　　　　Defendant. | Adv. Pro. No.: 10-02047 |

**DEFENDANT'S LIST OF EXHIBITS AND WITNESSES**

Defendant, Value Health Care Services, LLC ("Value") through the undersigned, hereby submits its list of witnesses and exhibits in accordance with this Court's Amended Pretrial Order, dated April 30, 2010. The Defendant, however, reserves the right to proffer additional testimony and exhibits to the extent necessary to rebut factual and expert representations offered by Plaintiff.

**EXHIBITS**

　　1.　　Emails between Susan Ruscher, Joann Billman, Don Wilcox and Earle Lerner regarding Note Payments, dated March 24 and March 30, 2008 (VALUE 00001-00003).

2. Emails between Joann Billman and Diana Trumbley regarding Marathon, dated January 23 and 24, 2008 (VALUE 00004-00006).

3. Neighborcare Nutritional Services Agreement between Neighborcare and Marathon Healthcare Center of Torrington, dated March 15, 2005 (VALUE 00007-00024).

4. Torrington Payment History (VALUE 00055-00056).

5. Torrington Invoice Detail (VALUE 00078-00092).

6. Adjustment Journal (VALUE 00093-00100).

7. Cash Receipts Journal (VALUE 00101-00108).

8. Invoice Journal (VALUE 00109-00115).

9. Pharmacy Services Provider Agreement between Value Health Care Services and Marathon Health Care of Torrington dated November 11, 2004 (VALUE 00132-00139).

**WITNESSES**

1. Kerry Hart, General Manager, Omnicare of Connecticut, will testify regarding Value's relationship with Marathon Healthcare Center of Torrington, LLC and regarding payments received by Value from the facility. Ms. Hart will also testify regarding the defenses asserted by Value in its answer to the trustee's complaint.

2. Joann Billman, National Facilities Bankruptcy/Legal Head, Omnicare, Inc., will testify regarding Value's relationship with Marathon Healthcare Center of Torrington, LLC and regarding payments received by Value from the facility. Ms. Billman will also testify regarding the defenses asserted by Value in answer to the trustee's complaint.

Dated: September 27, 2010                    IVEY, BARNUM & O'MARA, LLC
       Greenwich, Connecticut

                                                           By:    /s/  Melissa Zelen Neier
                                                              Melissa Zelen Neier, Esq. [ct25055]
                                                              Carol J. Faherty, Esq. [ct25219]
                                                              170 Mason Street
                                                              Greenwich, CT 06830
                                                              Telephone: (203) 661-6000
                                                              Facsimile: (203) 661-9462
                                                             E-Mail: mneier@ibolaw.com
                                                                         cfaherty@ibolaw.com
                                                             *Attorneys for Defendant*
                                                             *Value Health Care Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2010, a copy of the foregoing **Defendant's List of Exhibits and Witnesses** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. The foregoing has been sent via federal express and via electronic mail to the following:

>John H. Grasso
>Boscarino Grasso & Twachtman LLP
>628 Hebron Avenue
>Building 3
>Glastonbury, CT 06033

Dated: September 27, 2010
       Greenwich, Connecticut

IVEY, BARNUM & O'MARA, LLC

By:    /s/ Melissa Zelen Neier
Melissa Zelen Neier, Esq. [ct25055]
Carol J. Faherty, Esq. [ct25219]
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9462
E-Mail: mneier@ibolaw.com
       cfaherty@ibolaw.com
*Attorneys for Defendant*
*Value Health Care Services, LLC*